Daniel P. Mensher, OSB #074636
Mark A. Griffin (*Pro Hac Vice*)
Laura R. Gerber (*Pro Hac Vice*)
Lisa Faye Petak (*Pro Hac Vice*)
dmensher@kellerrohrback.com
mgriffin@kellerrohrback.com
lgerber@kellerrohrback.com
lpetak@kellerrohrback.com
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANICA LOVE BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL); and CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA,<br><br>Defendant. | No. 3:15-cv-1370-MO<br><br>**JOINT MOTION FOR EXTENSION OF PRETRIAL DISCOVERY DEADLINES** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and Local Rule 16-3(a), Plaintiff Danica Love Brown and Defendants Stored Value Cards, Inc. ("SVC") and Central National Bank and Trust ("CNB"), Enid, Oklahoma, hereby respectfully move this Court to grant an extension of certain pretrial discovery deadlines. In relevant part, the parties request extending the fact discovery deadline and the motion to compel deadline by two months, from February 2, 2018 to April 2, 2018, extending the trial expert deadlines by 6 weeks,

and extending the trial expert depositions by 5 weeks. If this motion is granted, neither the class certification motion deadline nor the dispositive motion deadline would be changed.

The grounds for this motion are as follows:

1.     On June 20, 2017, the Court entered Minutes of Proceedings (Dkt. #140), in which the Court adopted Plaintiff's Proposed Scheduling Order (Dkt. #125). Among other things, the scheduling order set forth deadlines for fact and expert discovery and dispositive motions.

2.     In order to give the parties sufficient time to complete written fact discovery, depositions, and obtain deposition transcripts before expert disclosures or class certification briefs are due, the parties respectfully request an extension of certain discovery deadlines consistent with the table set out below.  As noted above, if this motion is granted, the class certification deadline and the dispositive motion deadline would remain unchanged.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | February 2 | April 2 (+2 months) |
| Motion to Compel Deadline | February 23 | April 23 (+2 months) |
| Plaintiff Trial Expert | April 6 | May 11  (+6 weeks) |
| Defendant Trial Expert | May 4 | June 15  (+6 weeks) |
| Plaintiff Trial Expert Depo | May 18 | June 22  (+5 weeks) |
| Defendant Trial Expert | June 15 | July 20  (+5 weeks) |
| Plaintiff Class Cert Motion | June 1 | June 1 |
| Dispositive Motion | August 3 | August 3 |

3.     The parties have been working diligently and cooperatively to complete written discovery in this matter, including negotiating electronic records custodians and electronic records search terms, and participating in numerous meet and confers to resolve outstanding discovery disputes concerning Plaintiff's First Request for Production of Documents to Central National Bank, and Plaintiffs' First Request for Production to Defendant Stored Value Cards, Inc.

4. To date, Defendant CNB has produced to Plaintiffs 40,189 pages of documents. Additional documents remain to be produced by Defendant CNB. Defendant SVC has produced 42,089 pages of documents to Plaintiffs in addition to a voluminous Excel spreadsheet containing data. Defendant SVC is in the process of reviewing an additional 75,000 email documents for production to Plaintiff and anticipates completing production of those documents by the end of January, 2018.

5. Defendants deposed Plaintiff Danica Brown in September 2017, and on December 29, 2017, Defendant Stored Value Card Inc. issued a Request for Production of Documents to Plaintiff Brown.

6. There are currently five depositions scheduled for January of 2018 in this matter, including the depositions of Defendant Central National Bank employees Scott Shyrock, Dennis Gerhard, and a Rule 30(b)(6) deposition of Defendant Central National Bank during the week of January 8, and the depositions of Defendant Stored Value Cards employees Michele Dominguez and Karen Mossman during the week of January 22. The parties anticipate noticing additional depositions in this matter later this month.

Respectfully submitted this 9th day of January, 2018.

| **KELLER ROHRBACK L.L.P.**<br><br>By: s/ Laura Gerber<br>   Daniel Mensher, OSB #074636<br>   Mark A. Griffin, Pro Hac Vice<br>   Laura R. Gerber, Pro Hac Vice<br>   Lisa Faye Petak, Pro Hac Vice<br>   1201 Third Avenue, Suite 3200<br>   Seattle, WA 98101-3052<br><br>BENJAMIN HAILE ATTORNEY AT LAW<br>Benjamin Haile<br>P.O. Box 2581<br>Portland, OR 97208 | **FOX ROTHSCHILD LLP**<br><br>By: s/ Eric Nystrom<br>   Eric J. Nystrom, Pro Hac Vice<br>   222 South 9th Street, Suite 2000<br>   Minneapolis, MN  55402<br><br>**HITT HILLER MONFILS WILLIAMS LLP**<br>James L. Hiller, OSB #772220<br>411 SW Second Avenue, Suite 400<br>Portland, OR  97204<br><br>*Attorneys for Central National Bank and Trust* |

| | |
|---|---|
| **THE HUMAN RIGHTS DEFENSE CENTER**<br>Sabarish Neelakanta, Pro Hac Vice<br>PO Box 1151<br>Lake Worth, FL 33460<br><br>**GISKAN SOLOTAROFF & ANDERSON LLP**<br>Oren Giskan, Pro Hac Vice Forthcoming<br>11 Broadway - Suite 2150<br>New York, New York 10004<br><br>*Attorneys for Plaintiff* | **STINTON LEONARD STREET LLP**<br>By: s/ George Verschelden<br>    George Verschelden, Pro Hac Vice<br>    1201 Walnut Street, Suite 2900<br>    Kansas City, MO  64106<br><br>**STINTON LEONARD STREET LLP**<br>Todd A. Noteboom, Pro Hac Vice<br>Andrew S. Scavotto, Pro Hac Vice<br>Jeffrey G. Mason, Pro Hac Vice<br>50 South 6th Street, Suite 2600<br>Minneapolis, MN  55402<br><br>**MARKOWITZ HERBOLD PC**<br>Chad Naso, OSB #150310<br>Kerry J. Shepherd, OSB# 944343<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR  97204<br><br>*Attorneys for Stored Value Cards, Inc.* |