IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DANICA LOVE BROWN,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**STORED VALUE CARDS, INC.** (d/b/a NUMI FINANCIAL); and **CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA,**<br><br>Defendants. | No. 3:15-cv-01370-MO<br><br>JUDGMENT |

**MOSMAN, J.**

Based on my Order [190] GRANTING Defendants' Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 2d day of August, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT