SABARISH NEELAKANTA – Fla. Bar No. 26623*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida  33460
Telephone:     (561) 360–2523
Facsimilie:    (866) 735-7136
Email:         sneelakanta@hrdc-law.org

*Admitted *pro hac vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANICA LOVE BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL); and CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA,<br><br>　　　　Defendants. | Case No. 3:15-cv-1370-MO<br><br>**NOTICE OF APPEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that DANICA LOVE BROWN, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the below-enumerated orders entered in this action:

1.　Order entered on August 25, 2016, granting in part and denying in part

　　Defendants' Motions to Dismiss Plaintiff's Complaint [Dkt. 86];

2.　Order entered on July 2, 2018, denying Plaintiff's Motion for Leave to

        File Amended Complaint [Dkt. 188]; and

3.     Order entered on August 2, 2018, granting Defendants' Motions for Summary Judgment and dismissing the action with prejudice [Dkt. 191].

DATED: August 31, 2018         Respectfully submitted,

HUMAN RIGHTS DEFENSE CENTER

By:    /s/ Sabarish Neelakanta
Sabarish Neelakanta, Fla. Bar No. 26623
Masimba Mutamba, Fla. Bar. No. 102772**
Daniel Marshall, Fla. Bar No. 617210**

Attorneys for Plaintiff DANICA LOVE BROWN

** *Pro hac vice* applications to be filed