Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DANICA LOVE BROWN, individually and on behalf of all other similarly situated individuals,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL); and CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA,**<br><br>**Defendants.** | Case No. 3:15-cv-1370-MO<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>*Expedited Review Respectfully Requested* |

## CERTIFICATION PER L.R. 7.1

The undersigned counsel for Plaintiffs certifies that she has conferred with Defendants' counsel, Eric Nystrom, regarding this Motion, and that he has advised that Defendants do not oppose it.

/ /

## MOTION

The undersigned, on behalf of Plaintiffs, hereby moves for the entry of an Order extending by one week the deadline for the filing of the parties' Joint Status Report, from May 14, 2020 to May 21, 2020, for the reasons set forth in the accompanying Declaration of Megan E. Glor.

This Motion is unopposed and is not brought for the purpose of delay.

DATED May 13, 2020.

Respectfully Submitted,

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178

Of Attorneys for Plaintiffs