Benjamin Wright Haile
PO Box 2581
Portland OR  97208
Phone: 315 924-2453
Fax: 801 650-2299
attorneyhaile@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DANICA LOVE BROWN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL); and CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA,**<br><br>**Defendants.** | **Case No. 3:15-cv-1370-MO**<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LR 83-11(b)** |

**TO: Clerk of the Court**

**AND TO:      Defendants and their counsels of record**

PLEASE TAKE NOTICE that Benjamin Haile hereby withdraws as counsel on behalf

of Plaintiffs in the above-entitled matter due to his acceptance of a position at a different law

firm, pursuant to Local Rule 83-11(b).

Sabarish Neelakanta and Megan E. Glor will remain as counsel for Plaintiff.

Page 1 - NOTICE OF WITHDRAWAL OF COUNSEL

DATED: May 12, 2020

_____

Benjamin Wright Haile
OSB No. 040660

Mr. Benjamin Wright Haile
PO Box 2581
Portland OR  97208
Phone: 315 924-2453