Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DANICA LOVE BROWN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**STORED VALUE CARDS, INC.** (d/b/a **NUMI FINANCIAL**); and **CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA**,<br><br>Defendants. | **Case No. 3:15-cv-1370-MO**<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL PURSUANT TO LR 83-11(a)**<br><br>*Expedited Review Requested* |

## CERTIFICATION PER L.R. 7.1

The undersigned certifies that she has conferred with Defendants' counsel, Eric Nystrom, regarding this Motion, and that he has advised that Defendants do not oppose it.

**MOTION**

The undersigned hereby moves for the entry of an Order permitting Sabarish P. Neelakanta to withdraw as counsel of record for Plaintiff. Mr. Neelakanta is no longer associated with the Human Rights Defense Center or involved in the case. The undersigned will remain as counsel for Plaintiff.

DATED: May 21, 2020

Respectfully Submitted,

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178