**James L. Hiller, OSB #772220**
jhiller@hittandhiller.com
**HITT HILLER MONFILS WILLIAMS LLP**
411 SW Second Avenue, Suite 400
Portland, Oregon 97204
Telephone: (503) 228-5973
Facsimile: (503) 228-4250

**Eric J. Nystrom,** *Pro Hac Vice*
enystrom@foxrothschild.com
**John C. Ekman,** *Pro Hac Vice*
jekman@foxrothschild.com
**Natalie I. Uhlemann,** *Pro Hac Vice*
nuhlemann@foxrothschild.com
**FOX ROTHSCHILD LLP**
Two22 Tower, Suite 2000
222 South Ninth St.
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
**Attorneys for Defendants**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DANICA LOVE BROWN, individually and on behalf of all others similarly situated,<br>                Plaintiff,<br>v.<br><br>STORED VALUE CARDS, INC., d/b/a NUMI FINANCIAL, and CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA, n/k/a STRIDE BANK, N.A.,<br>                Defendants. | **Case No. 3:15-cv-1370-MO**<br><br>**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)** |

**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)**

129601619.1

Please take notice that no transcripts will be ordered in connection with this appeal, Ninth Circuit Case Number 21-36031. *See* Ninth Cir. R. 10-3.1(c). A copy of this notice will be provided to the Court of Appeals.

DATED: January 14, 2021

**HITT HILLER MONFILS WILLIAMS LLP**

*AND*

**FOX ROTHSCHILD LLP**

By: *s/Eric J. Nystrom*
    James L. Hiller, OSB #772220
    jhiller@hittandhiller.com
    Eric J. Nystrom, *Pro Hac Vice*
    enystrom@foxrothschild.com
    John C. Ekman, *Pro Hac Vice*
    jekman@foxrothschild.com
    Natalie I. Uhlemann, *Pro Hac Vice*
    nuhlemann@foxrothschild.com

*Attorneys for Defendants Stored Value Cards, Inc.,
d/b/a Numi Financial and
Central National Bank and Trust of Enid, Oklahoma,
n/k/a Stride Bank, N.A.*