**Megan E. Glor**, OSB No. 930178
megan@meganglor.com
MEGAN E. GLOR, ATTORNEYS AT LAW, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

**Chris R. Youtz**, *Pro Hac Vice*
chris@sylaw.com
**Richard E. Spoonemore**, *Pro Hac Vice*
rspoonemore@sylaw.com
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Ave., Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
Facsimile: (206) 223-0246
**Attorneys for Plaintiff / Class**
*additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DANICA LOVE BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL); and CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA,<br><br>　　　　　　　　Defendants. | NO. 3:15-cv-01370-MO<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CENTRAL NATIONAL BANK AND TRUST COMPANY, ENID, OKLAHOMA** |

**STIPULATION AND ORDER OF DISMISSAL**

## I. STIPULATION

Plaintiff Danica Brown, on behalf of herself and the National Class and the Oregon Subclass, ("Plaintiffs") and Central National Bank and Trust Company, Enid, Oklahoma, d/n/a Stride Bank ("CNB"), stipulate that all claims brought against CNB should be dismissed with prejudice and without any additional award of costs or attorney fees to either party in this matter except for the following Class members who opted out of the settlement and the case:

| | |
|---|---|
| Mya | Watts |
| Andre | Baker |
| Kristin | Cox |
| Lila | Lowe |
| Nathaniel | Pinder |
| Monteiro | Hooks |
| Luis | Ortiz |
| Antonio | Lopez |
| Alex | Detzler |
| Sabrina | Sikder |
| Derick | Sooknanan |
| Mike | Rodriguez |
| Jeremy | Somers |
| Steve | Esquea |
| Ronique | Spencer |
| KRISTINA | KIIKO |
| Mayen | Xiong |
| Amber | Stearns |
| Keith | West |
| Michael | Mallory |
| Marisol | Dalton |
| Tierra | Johnson |
| Mustafa | Atifi |
| Kacie | Stephens |
| Samuel | Rutherford |

DATED: May 7, 2025.

| | |
|---|---|
| HITT HILLER MONFILS WILLIAMS LLP<br>James L. Hiller, OSB #772220<br>jhiller@hittandhiller.com<br>411 SW Second Avenue, Suite 400<br>Portland, OR 97204<br>Telephone: (503) 228-5973<br>Facsimile: (503) 228-4350 | MEGAN E. GLOR, ATTORNEYS AT LAW, P.C.<br>Megan E. Glor, OSB No. 930178<br>megan@meganglor.com<br>707 NE Knott Street, Suite 101<br>Portland, OR 97212<br>Tel. (503) 223-7400<br>Fax (503) 751-2071 |
| FOX ROTHSCHILD LLP<br><br>*s/ John C. Ekman*<br>John C. Ekman, *Pro Hac Vice*<br>jekman@foxrothschild.com<br>Natalie I. Uhlemann, *Pro Hac Vice*<br>nuhlemann@foxrothschild.com<br>City Center, Suite 3600<br>33 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 607-7000<br>Facsimile: (612) 607-7100<br>**Counsel for Defendants** | SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC<br><br>*s/ Chris R. Youtz*<br>Chris R. Youtz, *Pro Hac Vice*<br>chris@sylaw.com<br>Richard E. Spoonemore, *Pro Hac Vice*<br>rick@sylaw.com<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>Tel. (206) 223-0303<br>Fax (206) 223-0246<br><br>PUBLIC JUSTICE, P.C.<br>Shelby Leighton, *Pro Hac Vice*<br>sleighton@publicjustice.net<br>1620 L Street NW, Suite 630<br>Washington, DC 20036<br>Tel. (202) 861-5241<br>**Counsel for Plaintiff / Class** |

## II. ORDER

Pursuant to the foregoing stipulation, this Court ORDERS all claims brought by Plaintiff Danica Brown, on behalf of herself and the National Class and the Oregon Subclass, against Central National Bank and Trust Company, Enid, Oklahoma, k/n/a Stride Bank are DISMISSED with prejudice and without any additional award of costs or attorney fees to any party. The following Class members who opted out of the case and the settlement are excluded from this order:

| | |
|---|---|
| Mya | Watts |
| Andre | Baker |
| Kristin | Cox |
| Lila | Lowe |
| Nathaniel | Pinder |
| Monteiro | Hooks |
| Luis | Ortiz |
| Antonio | Lopez |
| Alex | Detzler |
| Sabrina | Sikder |
| Derick | Sooknanan |
| Mike | Rodriguez |
| Jeremy | Somers |
| Steve | Esquea |
| Ronique | Spencer |
| KRISTINA | KIIKO |
| Mayen | Xiong |
| Amber | Stearns |
| Keith | West |
| Michael | Mallory |
| Marisol | Dalton |
| Tierra | Johnson |
| Mustafa | Atifi |
| Kacie | Stephens |
| Samuel | Rutherford |

ORDERED this __12__ day of __May__, 2025.

_____
Michael W. Mosman
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL - Page 3